FILED

06/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0202

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Cause No. DA 22-0202

| | |
|---|---|
| GREG and CANDACE STAMP,<br><br>Plaintiffs/Appellees,<br><br>vs.<br><br>RICHARD MORGAN, BETTY MORGAN<br><br>Defendants/Appellants. | **ORDER OF DISMISSAL** |

Pursuant to the parties' motion to dismiss by stipulation pursuant to M. R. App. P. 16(5), on the grounds that the parties have agreed on a settlement, and good cause appearing therefore:

IT IS HEREBY ORDERED that this appeal is dismissed with prejudice.

DATED this _____ day of _____, 2022.

_____

c:    Katherine S. Huso / Ryan J. Gustafson
      Christopher T. Sweeney / Jordan W. FitzGerald

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 16 2022